IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JOE TOVAR**,

    Plaintiff,

v.                                                                            No: 2:21-cv-0628-GJF/SMV

**UNITED SEATING AND MOBILITY, L.L.C.,**
d/b/a **NUMOTION,**

    Defendant.

## UNOPPOSED ORDER GRANTING MOTION EXTENDING TIME FOR PARTIES TO FILE THEIR EXPERT WITNESS LIST AND WRITTEN REPORTS

**THIS MATTER** having come before the Court on the Parties' Stipulated Motion to Extend the Disclosure Deadlines for Expert Witnesses, the Court having reviewed the pleadings, and otherwise being fully apprised in the premise,

 **FINDS**, the Stipulated Motion is well taken and GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that Plaintiff's Expert Disclosure Deadline is now April 12, 2022, and Defendant's Expert Disclosure Deadline is now May 12, 2022.

_____
THE HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

**ZEBAS LAW FIRM, L.L.C.**

By: */s/ Joseph M. Zebas*
Joseph M. Zebas, Esq.
P.O. Box 1675
Hobbs, NM  88241-1675
T: (575) 393-1024
F: (575) 393-1234
joe.zebas@zebaslaw.com
*Attorney for Plaintiff*


*/s/ electronically approved on 03/21/2022*
Paul Koller, Esq.
RODEY, DICKASON, SLOAN,
AKIN & ROBB, P.A.
P. O. Box 1888
Albuquerque, NM  87103
T: (505) 765-5900
pkoller@rodey.com

*/s/ electronically approved on 03/21/2022*
William H. Morrow, Esq.
LIGHTFOOT, FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, Alabama 35203
T: (205) 581-0700
wmorrow@lightfootlaw.com
*Attorneys for Defendants*