IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOE TOVAR,

    Plaintiff,

v.                                                                            No. 21-cv-0628 GJF/SMV

UNITED SEATING AND MOBILITY, LLC;
NUMOTION FOUNDATION;
JOHN DOE SALES REPRESENTATIVE;
JOHN DOE INSTALLATION TECHNICIAN;
TIM CASEY; JOHN AND JANE DOES I–X;
BLACK AND WHITE CORPORATIONS I–X;
ABC PARTNERSHIPS I–X;
and ABC ORGANIZATIONS I–X[1];

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:    April 14, 2022, at 10:30 a.m. MDT

    **Matter to be heard**:  Status Conference

    A telephonic status conference is hereby set for **April 14, 2022, at 10:30 a.m. MDT**. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. Parties shall be prepared to discuss the status of discovery and whether to schedule a settlement conference. Counsel are reminded to have their calendars

---

[1] In the Amended Complaint, filed on October 14, 2021, Plaintiff named only United Seating and Mobility, LLC, d/b/a/ Numotion, as defendant. [Doc. 25]. Hence, only United Seating and Mobility, LLC d/b/a Numotion remains as defendant and Numotion Foundation, John Doe Sales Representative, John Doe Installation Technician, Tim Casey, John and Jane Does I-X, Black and White Corporations I-X, ABC Partnerships I-X, and ABC Organization I-X are no longer defendants.

available for the hearing, as well as the calendar of any other person whose presence will be required at the settlement conference.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**