IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOE TOVAR and SONIA TOVAR,

    Plaintiffs,

v.                                                                       No. 21-cv-0628 GJF/SMV

UNITED SEATING & MOBILITY, LLC,

    Defendant.

**ORDER GRANTING IN PART
JOINT MOTION TO STAY DISCOVERY, EXTEND DEADLINES,
AND VACATE AND RESET TRIAL**

THIS MATTER is before the Court on the parties' Joint Motion to Stay Discovery, Extend Deadlines, and Vacate and Reset Trial (the "Joint Motion") [Doc. 38], filed on April 14, 2022. The Court finds that the Joint Motion is well-taken in part and should be granted in part.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that all discovery be STAYED until May 27, 2022.

**IT IS FURTHER ORDERED** that the deadlines set forth in the Court's Scheduling Order [Doc. 21], entered on September 23, 2021, and Order Granting Unopposed Motion to Extend the Disclosure Deadlines for Expert Witnesses [Doc. 32], entered on March 21, 2022, be amended as follows:

| | |
|---|---:|
| Defendant discloses experts and provides expert reports or summary disclosures: | July 1, 2022 |
| Termination of discovery: | August 31, 2022 |
| Motions relating to discovery: | September 16, 2022 |

2

Pretrial motions other than discovery motions:                September 23, 2022

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**UNITED STATES MAGISTRATE JUDGE**