# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**JOE TOVAR and**
**SONIA TOVAR,**

    **Plaintiffs,**

**v.**                                                                                        **No. 21-cv-0628 GJF/SMV**

**UNITED SEATING AND MOBILITY, LLC;**
**NUMOTION FOUNDATION;**
**JOHN DOE SALES REPRESENTATIVE;**
**JOHN DOE INSTALLATION TECHNICIAN;**
**TIM CASEY; JOHN AND JANE DOES I–X;**
**BLACK AND WHITE CORPORATIONS I–X;**
**ABC PARTNERSHIPS I–X;**
**and ABC ORGANIZATIONS I–X;**[1]

    **Defendant.**

## ORDER VACATING AND RESETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:    September 6, 2022, at 10:30 a.m., MDT

    **Matter to be heard**:  Status Conference

A telephonic status conference regarding settlement was set on Thursday, September 1 at 10:30 a.m. That status conference is hereby vacated and reset for **September 6, at 10:30 a.m., MDT**. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. Parties shall be prepared to discuss whether and when to schedule a settlement conference. Counsel are reminded to have their calendars available

---

[1] In the Amended Complaint, filed on October 14, 2021, Plaintiff named only United Seating and Mobility, LLC, d/b/a/ Numotion, as defendant. [Doc. 25]. Hence, only United Seating and Mobility, LLC d/b/a Numotion remains as defendant, and Numotion Foundation, John Doe Sales Representative, John Doe Installation Technician, Tim Casey, John and Jane Does I-X, Black and White Corporations I-X, ABC Partnerships I-X, and ABC Organization I-X are no longer defendants.

for the hearing, as well as the calendar of any other person whose presence will be required at the settlement conference.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**