IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JOE TOVAR and SONIA TOVAR**,
**husband and wife,**

      Plaintiffs,

v.                                                    No. 2:21-cv-0628-GJF/SMV

**UNITED SEATING & MOBILITY, LLC**
**d/b/a NUMOTION,**

      Defendant.

**ORDER GRANTING JOINT MOTION TO
EXTEND DEADLINES**

THIS MATTER came before the Court on the Joint Motion to Extend Deadlines [Doc. 46] filed September 6, 2022. The Court finds that the Joint Motion is well-taken and should be granted.

It is therefore ordered that the following deadlines shall be amended as follows:

| | |
|---|---|
| Defendant discloses experts and provides expert reports or summary disclosures: | December 5, 2022. |
| Termination of discovery: | February 24, 2023. |
| Motions relating to discovery: | March 10, 2023. |
| Pretrial motions other than discovery motions: | March 24, 2023. |

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

3856461.1

APPROVED:

ZEBAS LAW FIRM, LLC

By: <u>Approved via e-mail on September 7, 2022</u>
      Joseph M. Zebas
*Attorney for Plaintiffs*
P. O. Box 1674
Hobbs, NM 88241
(575) 393-1024
joe.zebas@zebaslaw.com


RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: <u>/s/ Paul R. Koller</u>
      Paul R. Koller
P. O. Box 1888
Albuquerque, NM  87103
(505) 765-5900
pkoller@rodey.com

LIGHTFOOT, FRANKLIN & WHITE LLC
By:     William H. Morrow (*Pro Hac Vice*)
400 20th Street
North Birmingham, AL 35203
(205) 581-0700
wmorrow@lightfootlaw.com

*Attorneys for United Seating and Mobility, LLC*
 *d/b/a Numotion*

2